1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                        CASE NO.  **13CR4471-AJB**

12                                   Plaintiff,        **JUDGMENT AND ORDER OF**
                                                       **DISMISSAL OF INFORMATION**
13          vs.

     **VICTOR HUGO JIMENEZ(1)**,

14

15                                  Defendant.

16

17        Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the

18   Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held

19   by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

20        **IT IS SO ORDERED**.

21        Dated:  12/17/2014                 .

22

23        _____
          **HONORABLE BARBARA L. MAJOR**
24        **United States Magistrate Judge**

25

26

27

28

- 1 -